**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JESUS PULIDO,<br><br>　　　　　　Petitioner,<br><br>　vs.<br><br>KIM HOLLAND, WARDEN,<br><br>　　　　　　Respondent. | CASE NO. CV 14-07545 CAS (RZ)<br><br>JUDGMENT |

　　　This matter came before the Court on the Petition of JOSE JESUS PULIDO, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

　　　IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice as untimely.

DATED: 5/4/15

*Christina A. Snyder*

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE